**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

ALOYSIUS KEATON                                                                                          PLAINTIFF

v.                                                    1:04CV00104 SWW/JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                               DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge J. Thomas Ray and the objections filed in response. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted, in their entirety, as this Court's findings in all respects.[1]

IT IS THEREFORE ORDERED that Plaintiff's Complaint (docket entry #2) be and it hereby is DISMISSED, WITH PREJUDICE. Judgment shall be entered accordingly.

DATED this 11th day of January, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] From a review of the record, it appears that Dr. Chakales saw plaintiff on April 7, 2003, as well as on January 29, 2003. (Tr. 282.)