IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

ALOYSIUS KEATON                                                                                              PLAINTIFF

v.                                                1:04CV00104 SWW/JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                              DEFENDANT

## JUDGMENT

Pursuant to the Order filed this date, IT IS CONSIDERED, ORDERED, AND ADJUDGED that this case be DISMISSED, WITH PREJUDICE. The relief sought is DENIED.

Dated this 11th day of January, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE